FILED

2006 Apr-25 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DORSIE NORTHARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-PWG-628-M |
| | ) |
| KENNETH JONES, Warden; ATTORNEY | ) |
| GENERAL FOR THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on April 11, 2006 recommending that the petition for writ of habeas corpus be dismissed for lack of jurisdiction based on petitioner's failure to obtain prior authorization from the Eleventh Circuit.  On April 20, 2006 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be  DISMISSED.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 25th day of April, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE